IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BRIAN A. SMITH,                    )
                                   )
     Petitioner,                   )
                                   )  CIVIL ACTION NO.
     v.                            )    2:04cv580-T
                                   )       (WO)
STEPHEN BULLARD, Warden,           )
and TROY KING, Attorney            )
General of the State of            )
Alabama,                           )
                                   )
     Respondents.                  )


ORDER

This cause is now before the court on petitioner's motion and request for certificate of appealability (Doc. Nos. 26 & 28).

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion and request for a certificate of appealability are denied.

DONE, this the 17th day of May, 2005.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE